KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: kkaiser@agutah.gov

*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EARLE JENSEN,<br><br>       Plaintiff,<br><br>v.<br><br>BUREAU OF CRIMINAL INFORMATION, MARCUS YOCKEY and BARRY LAWRENCE,<br><br>       Defendants. | **NOTICE OF REMOVAL**<br><br>Case No. 2:19-cv-00168-DBP<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Bureau of Criminal Information,[1] Marcus Yockey, and Barry Lawrence ("State Defendants"), by and through counsel, Kyle J. Kaiser, Assistant Utah Attorney General, hereby removes this proceeding to the United States District Court, in and for the District of Utah, Central Division. The grounds for removal are that Plaintiff Earl Jensen seeks monetary relief for alleged constitutional violations—particularly an violation of Plaintiff's Double Jeopardy rights. This court has jurisdiction of such claims pursuant to 42 U.S.C. §§ 1331 and 1343(a)(3). State Defendants were never properly served under Utah law but received notice of the Complaint on February 19, 2019, and therefore removal is timely.  28 U.S.C. § 1446(b).

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders received by the Bureau of Criminal Information, Marcus Yockey, and Barry Lawrence are attached hereto as Exhibits 1-3.

//

//

---

[1] Plaintiff incorrectly named the party as the "Bureau of Criminal Investigations." The Bureau of Criminal Information, a subdivision of the Utah Department of Public Safety, is the office that makes determinations regarding the availability of expungement of criminal records pursuant to Utah law. The change is made here for clarity.  By making the change, State Defendants reserve all rights, including the right to seek dismissal of the Bureau as an entity not subject to suit.

RESPECTFULLY SUBMITED this 12th day of March, 2019.

        OFFICE OF THE UTAH ATTORNEY GENERAL

        /s/ Kyle J. Kaiser
        KYLE J. KAISER
        Assistant Utah Attorney General
        *Attorney for State Defendants*

## CERTIFICATE OF MAILING

I certify that on March 12, 2019 I electronically filed the foregoing, **NOTICE OF REMOVAL**, using the Court's electronic filing system. I also certify that a true and correct copy of the foregoing was placed in outgoing, United States mail, postage prepaid," and sent vis email to the following:

Earle Jensen
1450 South Emery Street
Salt Lake City, UT 84104
ejutah@msn.com
*Pro Se*

                                          /s/ Kara Roth