Earle Jensen

1450 South Emery Street

Salt Lake City, Utah 84104-2107

Ejutah@msn.com

801-403-8706

FILED
U.S. DISTRICT COURT

2019 MAR 25 A 10: 17

DISTRICT OF UTAH

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| EARLE JENSEN, | REQUEST FOR |
|---|---|
| PLAINTIFF, | HEARING |
| V. | |
| BUREAU OF CRIMINAL | CASE NO. 2:19-CV-00168-DBP |
| IDENTIFICATION, MARCUS | |
| YOCKEY, AND BARRY LAWRENCE, | MAGISTRATE JUDGE DUSTIN B. |
| DEFENDANTS, | PEAD |

With the information that defendant sent, I request a hearing to this case. Also, like an answer to my question as to Why awas I charge twice for 3 separate criminal charges? and recieve "Just Compensation"--- allocated as such B.C.I. 14 counts, asst atty gen Marcus Yockey 9 counts, and judge Barry Lawrence 4 counts for a total of 27 counts multiplied by my yearly salary of 130,000.00 added court fees and other fees(27 times 130,000.00 plus 190,000.00 equals 3,700,000.00)

PLaintiff

_____

EARLE J. JENSEN, PLAINTIFF

I certify that on March 22, 2019 I mailed by USPS certified copy, Response to motion to dismiss and memoandum in support '. I also certify that a true and correct copy of the foregoing was placed in the usps mailing postage paidto the following:

bureau of criminal identification

4501 south 2700 west  2nd floor

salt lake city,Utah 84129

AND Sent Electronically thru Court

Judge Barry Lawrence

450 s. state street

salt lake city,Utah 84111

asst atty gen Marcus Yockey

4501 south 2700 west

salt lake city, Ut 84129

asst atty gen Kyle J. Keiser

160 east 300 south  6th floor

salt lake city, Utah 84114-0856

EARLE J JENSEN,PLAINTIFF