Earle Jensen

1450 South Emery Street

Salt Lake City, Utah 84104-2107

Ejutah@msn.com

801-403-8706

FILED
U.S. DISTRICT COURT

2019 MAY -1  A 10: 27

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EARLE JENSEN, | REQUEST FOR |
| PLAINTIFF, | MOTION FOR |
| V. | DEFAULT JUDGEMENT |
| BUREAU OF CRIMINAL | CASE NO.2:19-CV-00168-DBP |
| IDENTIFICATION, MARCUS | |
| YOCKEY(ASST ATTY GEN), AND (JUDGE) | MAGISTRATE JUDGE DUSTIN B. |
| BARRY LAWRENCE | PEAD |
| DEFENDANTS, | |

IN ACCORDANCE TO SET REQUEST FOR HEARING AND RESPONSE TO MOTION TO DISMISS AND MEMORANDUM IN SUPPORT FILED MARCH 25,2019 AND FOR BEING 30 DAYS PAST, I REQUEST A DEFAULT JUDGEMENT IN FAVOR OF THESE ALLOGATIONS. I HAVE SUBMITTED DOCUMENTED PROOF AND RECEIVED IN ADEQUATE RESPONSES OR INSUFFICIENT INFORMATION. I HAVE REQUESTED A HEARING AND RECEIVED NO APPOINTMENTFOR A HEARING.

THIS IS BEING STALLED AND NEEDS TO BE ADDRESSED, BUT HAVEN'T.

I REQUEST JUDGEMENT BE SERVED TO DEFENDANTS FOR DOUBLE JEOPARDY CHARGES TO THE PLAINTIFF AND ASK FOR FOR FULL COMPENSATIONOF SAID AMOUNT( 3.7 MILLION DOLLARS)

1

DATED MAY 1,2019

EARLE J. JENSEN,PLAINTIFF

I CERTIFY THAT ON MAY 1,2019 I MAILED BY USPS CERTIFIED COPY ,REQUEST FOR DEFAULT
JUDGEMENT. I ALSO CERTIFY THAT IS TRUE AND CORRECT COPY OF THE FOREGOING WAS
PLACED IN THE USPS MAILING POSTAGE PAID TO THE FOLLOWING:

BUREAU OF CRIMINAL INFORMATION

4501 SOUTH 2700 WEST 2ND FLOOR

SALT LAKE CITY,UTAH 84129

JUDGE BARRY LAWRENCE

450 SOUTH STATE STREET

SALT LAKE CITY,UTAH 84111                              ASST ATTY GEN MARCUS YOCKEY

4501 SOUTH 2700 WEST

SALT LAKE CITY,UTAH 84129

ASST ATTY GEN KYLE J. KEISER

160 EAST 300 SOUTH 6TH FLOOR

SALT LAKE CITY,UTAH 84114-0856

AND SENT ELECTRONICALLY THRU THE COURTS FILING SYSTEM

EARLE J.JENSEN,PLAINTIFF