Earle J. Jensen

1450 Soith Emery Street

Salt Lake City, Utah 84104-2107

801-403-8706

ejutah@msn.com

---

In The United States District Court

In And For The Districts of Utah, Central Division

---

| | |
|---|---|
| Earle J. Jensen, | Motion |
| | For Summary |
| Plaintiff, | Judgement |
| V. | |
| Bureau of Criminal Information, | |
| Asst. Atty. Gen Marcus Yockey, | Case No. 2:19-CV-00168-DBP |
| And Judge Barry Lawrence, | |
| | Magistrate Judge Dustin B. Pead |
| defendants, | |

---

In accordance to Fed. R. Civ. P. 56 of the federal law, the defendants have failed to provide and submit evidence of answering plaintiffs' complaint. They only stated that they are all immuned from these charges of the complaint. Being immuned means BEING SWORN TO HONESTLY AND UPHOLDING THE UNITED STATES LAW. All three defendants signed document stating that plaintiff committed 4 or more criminal episodes. (see examples submitted in the complaint) In these reports, judgement from Judge Barry Lawrence, judgement from Asst, Atty. Gen. Marcus Yockey, and judicial review from bureau of criminal imformation, all states criminal episodes when these charges were claimed under TRAFFIC COURT (traffic offense). In Utah annoted 77-40-105-5c were used in there judement call, but Utah annoted 77-40-105-4 states these

charges should be omitted. As following the defendants judgement call for over 1 year(over 12 months) to have these charges submitted as criminal episodes on plaintiff's criminal report. Achieving a copy of criminal report every quarter(at least 5 times each) these new criminal charges were never submitted on reports. Plaintiff then applied for expungement proceeding and after a period of 7 months received expungement authorization for 1 criminal record to be expunged. This record was suppose to be fully dismissed from start and was never a valid charge. The ruling judge stated this on court document. Expungement was processed and authorized . Plaintiff received a copy of criminal record and has no criminal episodes. (see the example from complaint). Then the question "why was I charged twice for the same charges?" was never answered and was only stated that they are immuned.

Defendants have caused heartship and heartaches to the plaintiff,Earle J. Jensen. Empoyment, public service, and family communication have been depressing and very low.

I motion a Summary Judgement for lack of defendants response and hainess error of dishonesty and respect for the law.  And  should be awarded 3.7 million dollars ($3,700,000.00). Judge Barry Lawrence 4 courts, $520,000.00, Asst Atty . Gen. Marcus Yockey 9 counts, $1,170,000.00, and Bureau of Criminal Information 14 counts,$1,820,000.00, equals to $3,510,000.00 with $190,000.00 for court filings and fees associated to  for grand total $3,700,000.00(3.7 million).

 All examples have been submitted in my complaint at the beginning if you  need a copy again i can submit.

I certify, this July 22,2019, these are true and accurate for this motion for summary judgement

Earle J.Jensen

2

Certification of Mailing

I certify on ~~June 20~~ July 22, 2019 that I submitted to be filed electronically thru courts the memorandum for motion to default jugement and certify copy mailed by usps(post office) postage paid to the following:

bureau of criminal imformation

4501 south 2700 west 2nd floor

Salt Lake City, Utah 84129

Judge Barry Lawrence

450 south state street

Salt Lake City,Utah 84111

Asst, Atty. Gen. Marcus Yockey

4501 south 2700 west

Salt Lake City, Utah 84129

Asst Atty. Gen Kyle J. Kaiser

160 east 300 south 6th floor

Salt lake City,Utah 84114-0856

_____

Earle J. Jensen, Plaintiff